UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEREMY OLP,<br><br>        Plaintiff,<br><br>  vs.<br><br>SPOKANE COUNTY SHERIFF'S DEPARTMENT, DEPUTY JOHN DOE 1 and DEPUTY JOHN DOE 2,<br><br>        Defendant. | NO. CV-05-387-MWL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS |

    Magistrate Judge Leavitt filed a Report and Recommendation on March 3, 2006, recommending Mr. Olp's civil action be dismissed for failure to comply with the filing fee requirements of 28 U.S.C. § 1915(a)(2). A copy of the Report and Recommendation was returned to the court as undeliverable. It is Plaintiff's obligation to keep the court apprised of any change of address.

    As there have been no objections, the court **ADOPTS** the Report and Recommendation. The action is **DISMISSED WITHOUT PREJUDICE.**

    **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, forward a copy to Plaintiff and close the file.

    **DATED** this    28th    day of March 2006.

                                        ***s/Lonny R. Suko***

                                        LONNY R. SUKO<br>                                 UNITED STATES DISTRICT JUDGE

ORDER -- 1